IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

MANUEL LOPEZ DIAZ,

    Petitioner,

    v.

WARDEN, FOLKSTON ICE PROCESSING
CENTER, et al.,

    Respondents.

CIVIL ACTION NO.: 5:26-cv-629

## O R D E R

Petitioner filed a 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus, raising what appears to be the same claim and seeking the same relief as the Petitioners in the Villa v. Normand, 5:25-cv-89, consolidated cases.  Thus, the Court **DIRECTS** Respondents to **SHOW CAUSE** why this Petitioner is not entitled to the same relief as the Petitioners in the cases consolidated into Villa within **five business days** of this Order.[1]  Based on the terms of the March 3, 2026 Memorandum of Understanding, the United States Attorney's Office for the Southern District of Georgia has been served with a copy of this Petition, as the Rules for habeas corpus proceedings require, via email.

    **SO ORDERED**, this 6th day of May, 2026.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1]    The Court advises Petitioner's counsel that, absent compelling argument to the contrary, the Warden-Respondent will be the only named Respondent.  Counsel for Respondent has repeatedly assured the Court that the Warden-Respondent will be able to provide the requested relief.  Nevertheless, Petitioner's counsel shall be responsible for service upon any named Respondent other than the Warden-Respondent.  See Mar. 3, 2026 Memo. of Understanding, ¶¶ 3, 4.